# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DAMON W. SUDEN
DIRECT LINE: (212) 808-7586
EMAIL: dsuden@kelleydrye.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/15

## MEMO ENDORSED

July 21, 2015

*[Handwritten endorsement: 7/22/2015 — Oct 5 is fine for all answers, but the conference goes forward Sept. 11]*

VIA ECF
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *A.F. of L. –A.G.C. Building Trades Welfare Plan v. Actavis, PLC et al,*
1:15-cv-04406 (CM)

Dear Judge McMahon:

We represent Defendant Wockhardt USA LLC ("Wockhardt USA") in this action. We write to request an extension of time to answer, move, or otherwise respond to the Complaint from July 27, 2015 to October 5, 2015. This is the first request for an extension of time and Plaintiff consents to the extension as reflected in the accompanying proposed Stipulation.

We understand that other defendants, completed a waiver of service and have until October 5, 2015 to respond to the Complaint. Wockhardt USA was served with the Complaint and only has until July 27 to respond. Wockhardt USA, with Plaintiff's consent, seeks this extension of time to respond to the Complaint so as to correspond with that of the other defendants. Given the October 5 deadline for the other defendants, Wockhardt USA's extension will not result in any delay.

We appreciate the Court's attention to this request.

*[Signature: Colleen McMahon]*

**KELLEY DRYE & WARREN LLP**

July 21, 2015
Page Two

Respectfully submitted,

Damon W. Suden