UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                                    )
A.F. OF L. – A.G.C. BUILDING TRADES       )
WELFARE PLAN, individually and on behalf  )
of itself and all others similarly situated,         )
                                                                    )
                                                                    )   Civil Action No. 1:15-cv-04406
          Plaintiff,                                           )
                                                                    )
v.                                                                )
                                                                    )
ACTAVIS, PLC and FOREST                        )
LABORATORIES, LLC, MERZ                     )   NOTICE OF VOLUNTARY
PHARAMA GMBH & CO., KGAA,             )   DISMISSAL WITHOUT
AMNEAL PHARMACEUTICALS, LLC,      )   <u>PREJUDICE</u>
TEVA PHARMACEUTICALS USA, INC.,   )
TEVA PHARMACEUTICAL INDUSTRIES, )
INC., BARR PHARMACEUTICALS, INC.,   )
COBALT LABORATORIES, INC.,              )
UPSHER-SMITH LABORATORIES, INC.,  )
WORCKHARDT LIMITED, WOCKHARDT )
USA LLC, SUN INDIA PHARMACEUTICALS )
INDUSTRIES, LTD., DR. REDDY'S             )
LABORATORIES LTD., and DR. REDDY'S  )
LABORATORIES INC.,                              )
                                                                    )
                                                                    )
          Defendants.                                      )
_____)

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff A.F. of L. – A.G.C. Building Trades Welfare Plan hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice. The parties to bear their own costs and expenses.

Dated: September 1, 2015

By: */s/ Michael M. Buchman*

Michael M. Buchman
Alex R. Straus
**MOTLEY RICE LLC**
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
mbuchman@motleyrice.com
astraus@motleyrice.com

David W. Mitchell
Brian O. O'Mara
**Robbins Geller Rudman & Dowd LLP**
655 West Broadway, Suite 1900
San Diego, CA 9201
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com

Chris Casper
**James, Hoyer, Newcomer & Smiljanich, P.A.**
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589
Telephone: (800) 651-2502
Facsimile: (813) 397-2310