**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020

---

IN RE NAMENDA INDIRECT PURCHASER
ANTITRUST LITIGATION

1:15-cv-06549 (CM)(RWL)

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

---

THIS DOCUMENT RELATES TO:
ALL ACTIONS

---

PLEASE TAKE NOTICE that, upon the annexed declaration of Matthew L. Cantor, and subject to the approval of the Court, Matthew L. Cantor hereby withdraws as counsel for Plaintiff Sergeants Benevolent Association Health & Welfare Fund and the putative Class in the above-captioned action. Lead Counsel, Marvin A. of Miller and Lori A. Fanning of Miller Law LLC and Peter Safirstein and Elizabeth Metcalf of Safirstein Metcalf LLP, along with Constantine Cannon LLP -- particularly partners Lloyd Constantine, Ethan Litwin and Ankur Kapoor -- will continue to represent the Plaintiff and the putative Class in this proceeding.

Dated: New York, New York
December 17, 2019

CONSTANTINE CANNON LLP

/s/ Matthew L. Cantor
Matthew L. Cantor
335 Madison Avenue
New York, New York 10017
Tel. (212) 350-2700
Fax (212) 350-2701
mcantor@constantinecannon.com

SO ORDERED:

_____
1/9/2020